UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Randy R Barber and Vickie R Barber | ) BK No.: 15-32561<br>) (Jointly Administered)<br>) Chapter: 13<br>) Honorable Donald R. Cassling<br>) Kane |
| Debtor(s)<br>Randy R Barber and Vickie R Barber | ) Adv. No.: 15-00762 |
| Plaintiff(s)<br>SunTrust Mortgage Inc. | ) |
| Defendant(s) | ) |

## ORDER DISMISSING ADVERSARY COMPLAINT

On October 8, 2015, the debtor(s) filed an adversary complaint to value the claim of the defendant secured by a lien against the property commonly known as S3172 Lakeshore Rd, Reedsburg WI 53959.

IT IS HEREBY ORDERED

The Complaint of the Debtors to determine the value of security and release of SunTrust Mortgage Inc. underlying lien on the Debtors' property, Adversary No. 15-00762, is dismissed.

Enter:

*Donald R. Cassling*
United States Bankruptcy Judge

Dated: 3-8-16

**Prepared by:**
David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20130103_apo